IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| Arcy Crute | : | |
| | : | Case No.: 16-16197 |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees at Docket Number 18.

Dated: April 12, 2017        /s/ Brad J. Sadek, Esquire
                             Brad J. Sadek, Esquire
                             Sadek and Cooper
                             "The Philadelphia Building"
                             1315 Walnut Street, #502
                             Philadelphia, PA 19107
                             215-545-0008