IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| ARCY E. CRUTE ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINANCIAL SERVICES, ) | Case No.: 16-16197 (SR) |
| INC. dba GM FINANCIAL ) | |
| **Moving Party** ) | **Hearing Date: 6-28-17 at 10:00 AM** |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| ARCY E. CRUTE ) | 11 U.S.C. 1301 |
| APRIL CRUTE ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

AmeriCredit Financial Services, Inc. dba GM Financial has filed a Motion For Relief From The Automatic Stay And Co-Debtor Stay with the Court for relief from the automatic stay of 11 U.S.C. 362 and co-debtor stay of 11 U.S.C. 1301.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider you views on the motion, then on or before **June 20, 2017** you or your attorney must do all of the following:

(a) file an answer explaining your position at:
United States Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail an answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:
Morton & Craig LLC
**Attn.: William E. Craig, Esquire**
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

      2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.  A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich on **June 28, 2017 at 10:00 am** in Courtroom number **4**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299.

      4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  6/5/17

                  /s/ William E. Craig
                  William E. Craig, Esquire
                  Morton & Craig LLC
                  Attorney for AmeriCredit Financial Services, Inc.
                  dba GM Financial