## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
| --- | --- | --- |
| | : | Chapter 13 |
| Arcy E. Crute | : | |
| | : | |
| Debtor | : | Case No.: 16-16197 |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this _____ day of _____, 2017 upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtors' Motion.

FURTHER ORDERED:

_____
**Judge Stephen Raslavich  J.**

**Dated: September 13, 2017**