IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| ARCY E. CRUTE ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINANCIAL SERVICES, ) | Case No.: 16-16197 (JKF) |
| INC. dba GM FINANCIAL ) | |
| **Moving Party** ) | **Hearing Date:  6-28-17 at 10:00 AM** |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| ARCY E. CRUTE ) | 11 U.S.C. 1301 |
|  APRIL CRUTE ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about November 2, 2017, in the above matter is APPROVED.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Dated:    November 7, 2017