United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-16197-jkf
Arcy E. Crute                                                   Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Nov 08, 2017
                              Form ID: pdf900         Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.
```
db            +Arcy E. Crute,    6332 Reedland Street,    Philadelphia, PA 19142-2912
13929505      +AmeriCredit Financial Services, Inc.,     dba GM Financial,    c/o WILLIAM EDWARD CRAIG,
                110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3124
13794282      +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                Arlington, TX 76096-3853
13785868      +AmeriCredit/GM Financial,    P.O. Box 183583,    Arlington, TX 76096-3583
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Nov 09 2017 01:29:58      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2017 01:29:29
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2017 01:29:41      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 09 2017 01:26:08
                Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13819061*     +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                Arlington, TX 76096-3853
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Arcy E. Crute brad@sadeklaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| ARCY E. CRUTE ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINANCIAL SERVICES, ) | Case No.: 16-16197 (JKF) |
| INC. dba GM FINANCIAL ) | |
| **Moving Party** ) | **Hearing Date:  6-28-17 at 10:00 AM** |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| ARCY E. CRUTE ) | 11 U.S.C. 1301 |
| APRIL CRUTE ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about November 2, 2017, in the above matter is APPROVED.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Dated:  November 7, 2017