IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | |
| Arcy Crute : | |
| : | |
| : | Case No.: 16-16197 |
| : | |
| Debtor(s) : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Motion to Modify the Plan filed on January 12, 2018.

Dated: January 24, 2018                                  /s/ Brad J. Sadek, Esquire
                                                                   Brad J. Sadek, Esquire
                                                                   Sadek and Cooper
                                                                   "The Philadelphia Building"
                                                                   1315 Walnut Street, #502
                                                                   Philadelphia, PA 19107
                                                                   215-545-0008