IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Arcy Crute | : |
| | : |
| | :    Case No.: 16-16197 |
| | : |
| Debtor(s) | :    Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Supplemental Application for Compensation filed on January 31, 2018 at docket number 69.

Dated: February 25, 2018                       /s/ Brad J. Sadek, Esquire
                                                                         Brad J. Sadek, Esquire
                                                                         Sadek and Cooper
                                                                         "The Philadelphia Building"
                                                                         1315 Walnut Street, #502
                                                                         Philadelphia, PA 19107
                                                                         215-545-0008