**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Arcy E. Crute <br>        <u>Debtor</u> <br><br> U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) <br>        <u>Movant</u> <br>    vs. <br><br> Arcy E. Crute <br>        <u>Debtor</u> <br><br> William C. Miller, Esquire <br>        <u>Trustee</u> | CHAPTER 13 <br> BK NO: 16-16197 JKF |

**ORDER GRANTING EXTENSION**
**UNTIL SEPTEMBER 14, 2018 TO FILE STIPULATION**

Upon consideration of Movant's Motion requesting extension and its representation in the Motion that Respondent concurs in the request for an extension, it is hereby ORDERED that the deadline to file the Stipulation is extended to September 14, 2018.

By the Court:

_/s/ Jean K. FitzSimon_
United States Bankruptcy Judge

Dated: August 23, 2018