United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-16197-jkf
Arcy E. Crute                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1               Date Rcvd: Aug 24, 2018
                              Form ID: pdf900         Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db             +Arcy E. Crute,    6332 Reedland Street,    Philadelphia, PA 19142-2912
13854394       +U.S. BANK NATIONAL ASSOCIATION,    FOR PENNSYLVANIA HOUSING FINANCE AGENCY,
                 c/o BRIAN CRAIG NICHOLAS,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13869503       +U.S. Bank National Association (Trustee for the Pe,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 25 2018 02:00:29      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2018 01:59:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2018 02:00:02      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 25 2018 02:08:39
                 Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 25 2018 02:08:07
                 Capital One Auto Finance c/o AIS Portfolio Service,     P.O. BOX 4360,    Houston, TX  77210-4360
                                                                                               TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Arcy E. Crute brad@sadeklaw.com,    bradsadek@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Arcy E. Crute <br>      Debtor <br><br> U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) <br>      Movant <br>   vs. <br><br> Arcy E. Crute <br>      Debtor <br><br> William C. Miller, Esquire <br>      Trustee | CHAPTER 13 <br> BK NO: 16-16197 JKF |

**ORDER GRANTING EXTENSION**
**UNTIL SEPTEMBER 14, 2018 TO FILE STIPULATION**

Upon consideration of Movant's Motion requesting extension and its representation in the Motion that Respondent concurs in the request for an extension, it is hereby ORDERED that the deadline to file the Stipulation is extended to September 14, 2018.

By the Court:

_Jean K. FitzSimon_
United States Bankruptcy Judge

Dated: August 23, 2018