# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Arcy E. Crute <br> <u>Debtor</u> <br><br> U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) <br> <u>Movant</u> <br> vs. <br><br> Arcy E. Crute <br> <u>Debtor</u> <br><br> William C. Miller, Esquire <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 16-16197 JKF |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

**ORDERED** that the deadline to file the Stipulation is extended to October 5, 2018.

By the court:

_____
United States Bankruptcy Judge

Dated: September 17, 2018