UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

ARCY E. CRUTE

                                        : Bankruptcy No. 16-16197JKF
            Debtor(s)                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                        BY THE COURT

**Date: October 17, 2018**

                                        Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET      SUITE 502
PHILADELPHIA PA 19107-

ARCY E. CRUTE
6332 REEDLAND STREET
PHILADELPHIA,PA.19142