```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 16-16197-jkf
Arcy E. Crute                                                       Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2          User: John                Page 1 of 2              Date Rcvd: Oct 17, 2018
                              Form ID: pdf900           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db             +Arcy E. Crute,   6332 Reedland Street,    Philadelphia, PA 19142-2912
13929505       +AmeriCredit Financial Services, Inc.,    dba GM Financial,   c/o WILLIAM EDWARD CRAIG,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3124
13794282       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13785868       +AmeriCredit/GM Financial,    P.O. Box 183583,   Arlington, TX 76096-3583
13785869       +April Crute,   6332 Reedland Street,    Philadelphia, PA 19142-2912
13787777      +++Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Ave. Dept APS,
                 Oklahoma City, OK 73118-7901
13785871       +Capital One Auto Finance,    Attn: Bankruptcy Dept,   P.O. Box 30258,
                 Salt Lake City, UT 84130-0258
13785872       +Global Credit Network,    P.O. Box 3097,   Gaithersburg, MD 20885-3097
13785874       +KML Law Group, P.C.,   701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
13785877       +Peoples Commerce Inc,   1001 West Ridge Pi,    Conshohocken, PA 19428-1015
13804476       +Philadelphia Gas Works,    800 W Montgomery Ave,   Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13854394       +U.S. BANK NATIONAL ASSOCIATION,    FOR PENNSYLVANIA HOUSING FINANCE AGENCY,
                 c/o BRIAN CRAIG NICHOLAS,    701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13869503       +U.S. Bank National Association (Trustee for the Pe,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 18 2018 02:47:02     City of Philadelphia,
                 City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2018 02:46:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2018 02:46:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 18 2018 02:54:15
                 Capital One Auto Finance,    P.O. Box 201347,   Arlington, TX 76006-1347
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 18 2018 02:54:32
                 Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,   Houston, TX  77210-4360
13785867       +E-mail/Text: EBNProcessing@afni.com Oct 18 2018 02:46:41    Afni,    1310 Martin Luther King Dr,
                 Bloomington, IL 61701-1465
13875413       +E-mail/Text: megan.harper@phila.gov Oct 18 2018 02:47:02
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PENNSYLVANIA 19102-1640
13785870       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2018 02:53:58     Capital One,
                 P.O. Box 30285,   Salt Lake City, UT 84130-0285
13812242        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2018 02:53:58
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13785873       +E-mail/Text: bankruptcy@sccompanies.com Oct 18 2018 02:47:24     Home At Five,    1515 S 21st St,
                 Clinton, IA 52732-6676
13810983       +E-mail/Text: bankruptcy@sccompanies.com Oct 18 2018 02:47:24     Home at Five,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
13848917        E-mail/Text: bkr@cardworks.com Oct 18 2018 02:45:54    MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13785875       +E-mail/Text: bkr@cardworks.com Oct 18 2018 02:45:54    Merrick Bank/Geico Card,
                 P.O. Box 23356,   Pittsburg, PA 15222-6356
13785876       +E-mail/Text: blegal@phfa.org Oct 18 2018 02:46:37    PA Housing Finance Agency,
                 P.O. Box 8029,   Harrisburg, PA 17105-8029
13811605       +E-mail/Text: bankruptcy@sccompanies.com Oct 18 2018 02:45:55     Stoneberry,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13819061*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13825778*     +++Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Ave. Dept APS,
                 Oklahoma City, OK 73118-7901
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0313-2          User: John                 Page 2 of 2                   Date Rcvd: Oct 17, 2018
                              Form ID: pdf900            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Arcy E. Crute brad@sadeklaw.com,  bradsadek@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                   :

ARCY E. CRUTE

                                                       : Bankruptcy No. 16-16197JKF
        Debtor(s)                          : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

Jean K. FitzSimon, B. J.

**Date: October 17, 2018**

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET    SUITE 502
PHILADELPHIA PA 19107-

ARCY E. CRUTE
6332 REEDLAND STREET
PHILADELPHIA,PA.19142